**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN WILLIARD FULLER** | : | |
| | : | **Civil Action** |
| v. | : | **No. 16-995** |
| | : | |
| **CHRISTOPHER NARKIN** | : | |
| **NICHOLAS DUMAS** | : | |
| **SEAN FORSYTH** | : | |

## <u>ORDER</u>

This 26th day of November 2018, upon consideration of Defendants' Motions to Dismiss, it is hereby **ORDERED** that Defendants' Motions are **GRANTED** as to Plaintiff's conspiracy claim under 28 U.S.C. § 1983. Officer Narkin's Motion is **DENIED** as to Plaintiff's state-law battery claim and his federal claim for use of excessive force claim under 28 U.S.C. § 1983.

 

 

 

        /s/ Gerald Austin McHugh
   United States District Judge