IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN WILLIARD FULLER** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 16-995** |
| : | |
| **CHRISTOPHER NARKIN, ET AL.** : | |

### ORDER

This 11th day of August, 2022, it is hereby **ORDERED** that Defendant Christopher Narkin's Motion for Summary Judgment, ECF 64, is **GRANTED** for the reasons set forth in the accompanying memorandum.  All remaining claims are dismissed with prejudice.  The Clerk is requested to close this case for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge